**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 22-6247**

─────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

THOMAS MONTRIL BROWN, a/k/a Sparks,

        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge. (4:05-cr-00770-TLW-1)

─────────────

Submitted: August 18, 2022                       Decided: August 30, 2022

─────────────

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas Montril Brown, Appellant Pro Se. Derek Alan Shoemake, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Montril Brown appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, No. 4:05-cr-00770-TLW-1 (D.S.C. Feb. 22, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*